UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

AMBER JOHNSON,

    Plaintiff,                             CASE NO.:  5:11-cv-380-Oc-37TBS

v.

LUXOTTICA RETAIL NORTH AMERICA, INC.
A Foreign Profit Corporation

    Defendant.
_____/

## JOINT NOTICE OF NON-OBJECTION
## TO REPORT AND RECOMMENDATION

Pursuant to this Court's Report and Recommendation dated October 11, 2011, Plaintiff and Defendant jointly file this Notice of Non-Objection.  Accordingly, the parties request that this Court enter an Order granting the parties' Joint Motion to Approve the Settlement Agreement and Dismiss with Prejudice Plaintiff's Complaint, along with their Third Proposed Revised Settlement Agreement filed on October 6, 2011. *See* (DE #6 and DE #16).

Respectfully submitted this 11th day of October, 2011.

| | |
|---|---|
| **/s/ STACEY SCHULMAN** | **/s/ ANTHONY J. HALL** |
| Stacey Schulman, Esquire | Anthony J. Hall, Esquire |
| FL Bar No.: 557595 | FL Bar No.: 0040924 |
| MORGAN & MORGAN, P.A. | Littler Mendelson, P.C. |
| 6824 Griffin Road | 111 North Magnolia Avenue |
| Davie, Fl 33314 | Suite 1250 |
| Tel: 954-318-0268 | Orlando, FL 32801 |
| Fax: 954-333-3515 | Tel: 407-393-2944 |
| Email: SSchulman@forthepeople.com | Email: ajhall@littler.com |